UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ASSET ACCEPTANCE, LLC,<br>　a Delaware limited liability company,<br><br>　　　　　　　　　　　　　Defendant. | Case Number:<br><br>Judge:<br><br>Magistrate Judge: |

**JOINT MOTION FOR ENTRY OF CONSENT DECREE**

The parties respectfully move this Court to enter the Consent Decree submitted with this Motion. The parties request that the Court sign and enter the attached Consent Decree as its final order and judgment in this case.

For Defendant Asset Acceptance, LLC:

*/s/ William C. MacLeod*
WILLIAM C. MACLEOD
Kelley Drye & Warren, LLP
Washington Harbour, Suite 400
3050 K St. NW
Washington, D.C. 20007
Tel: 202-342-8811
wmacleod@kelleydrye.com

DATED: January 25, 2012

For Plaintiff United States of America:

ROBERT E. O'NEILL
United States Attorney for the Middle District of Florida

TONY WEST
Assistant Attorney General, Civil Division

MAAME EWUSI-MENSAH FRIMPONG
Acting Deputy Assistant Attorney General

MICHAEL S. BLUME
Director, Consumer Protection Branch

KENNETH L. JOST
Deputy Director, Consumer Protection Branch

_____
LACY R. HARWELL, JR.
Assistant United States Attorney
Chief, Civil Division
Florida Bar Number 714623
Office of the United States Attorney for the
Middle District of Florida
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
Tel. (813) 274-6000
Fax (813) 274-6200
Randy.Harwell@usdoj.gov

_____
SANG H. LEE
ADRIENNE E. FOWLER
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044
Tel: 202-616-0219
Fax: 202-514-8742
Sang.H.Lee@usdoj.gov
Adrienne.E.Fowler@usdoj.gov

DATED: _Jan. 30, 2012_

## CERTIFICATE OF SERVICE

I certify that on Jan. 30, 2012, I caused a true and correct copy of the above-entitled JOINT MOTION FOR ENTRY OF CONSENT DECREE to be served by electronic mail to counsel for Defendant as follows:

WILLIAM C. MACLEOD
Kelley Drye & Warren, LLP
Washington Harbour, Suite 400
3050 K St. NW
Washington, D.C. 20007
Tel: 202-342-8811
wmacleod@kelleydrye.com

_____
SANG H. LEE
ADRIENNE E. FOWLER
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044
Tel: 202-616-0219
Fax: 202-514-8742
Adrienne.E.Fowler@usdoj.gov
Sang.H.Lee@usdoj.gov