UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Case No. 8:12-cv-00182-T-27EAJ

ASSET ACCEPTANCE, LLC,
a Delaware limited liability company,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Joint Motion for Entry of Consent Decree (Dkt. 2). Upon consideration, it is **ORDERED AND ADJUDGED** that:

(1)     The Joint Motion for Entry of Consent Decree (Dkt. 2) is **GRANTED**. The Court will separately enter the Consent Decree.

(2)     The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers this 31st day of January, 2012.

                                                    JAMES D. WHITTEMORE
                                                    United States District Judge

Copies to:
Counsel of Record